Guinness Ohazuruike, Esq.
Nevada Bar No. 11321
GUINNESS LAW FIRM
6845 W. Charleston Blvd #A
Las Vegas, Nevada 89117
Tel: (702) 473-9300
Fax (702) 920-8112
guinnesslaw@gmail.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA.

| | |
|---|---|
| ZACHARY L. TRUMBLE<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the City of Las Vegas; Officer CO TORRES, #8232; *Officer CO FRASER, #12842*; DOE Officers I – X, inclusive;<br><br>Defendants, | Case No.   2:16-cv-01619-APG-VCF<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT, LVMPD, MOTION TO DISMISS FIRST AMENDED COMPLAINT |

   Plaintiff, Zachary Trumble, by and through his attorney of records Guinness Ohazuruike, Esq of Guinness Law Firm, and Defendant, Las Vegas Metropolitan Police Department, by and through the attorney of records Lyssa S. Anderson, Esq. of Kaempfer Crowell, hereby stipulate and agree as follows:

1. The deadline for plaintiff to respond to defendant LVMPD Motion to Dismiss First Amended Complaint is May 19, 2017.
2. The parties agree to extend the deadline by five business days up to and including May 26, 2017.

*///*

1

_____
SAO

///

IT IS STIPULATED AND AGREED this 18th day of May, 2017.

| GUINNESS LAW FIRM, LLC | KAEMPFER CROWELL |
|---|---|
| */s/Guinness Ohazuruike___* | */s/Lyssa S, Anderson_____* |
| Guinness Ohazuruike, Esq. | Attn: Lyssa S. Anderson, Esq. |
| 6874 W. Charleston Blvd., Suite A | 1980 Festival Plaza Diver Ste 650 |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89135 |
| Tel: (702) 473-9300 | Tel: (702) 792-7000 |
| Fax (702) 920-8112 | Fax: (702) 796-7181 |
| guinnesslaw@gmail.com | landerson@kcnvlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

## ORDER

Upon stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED AND DECREED that the deadline for plaintiff to respond to defendant, LVMPD Motion to Dismiss First Amended Complaint be extended by five business days up to and including May 26, 2017.

IT IS SO ORDERED.

Dated: May 22, 2017.

_____
U.S. DISTRICT COURT JUDGE