LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

**Attorneys for Defendants
Las Vegas Metropolitan Police
Department, Pablo Torres and
Fraser**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZACHARY L. TRUMBLE,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the City of Las Vegas; Officer CO TORRES, #8232; Officer CO FRASER, #12842; DOE Officers I – X, inclusive;<br><br>Defendants. | Case No. 2:16-cv-01619-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The Las Vegas Metropolitan Police Department, Pablo Torres and Max Fraser ("Defendants"), by and through their counsel, Lyssa Anderson, Esq., of the law firm of Kaempfer Crowell, and Zachary L. Trumble ("Plaintiff"), by and through his counsel, Guinness Ohazuruike, hereby stipulate and agree that all of Plaintiff's claims against Defendants, and each of them, in this matter are hereby dismissed in their entirety with prejudice, each party to

bear their own attorney's fees and costs.

DATED this _____ day of October, 2017.

| KAEMPFER CROWELL | GUINNESS LAW FIRM |
|---|---|
| By: /s/ Lyssa Anderson<br>Lyssa Anderson, Esq.<br>Nevada Bar No. 5781<br>8345 West Sunset Road, Suite 250<br>Las Vegas, Nevada 89113<br>**Attorneys for Defendants** | By: /s/ Guinness Ohazuruike<br>Guinness Ohazuruike, Esq.<br>Nevada Bar No. 11321<br>6845 W. Charleston Blvd #A<br>Las Vegas, Nevada 89117<br>**Attorneys for Plaintiff** |

**ORDER**

**IT IS SO ORDERED.**

Dated: October 18, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE